**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Levi Samuel LABUFF, Defendant—
Appellant.**

**No. 04–30162.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 8, 2005.*

Decided June 13, 2005.

Bernard F. Hubley, Esq., Office of the U.S. Attorney, Helena, MT, for Plaintiff—Appellee.

Edmund F. Sheehy, Jr., Esq., Helena, MT, for Defendant—Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TASHIMA, PAEZ, and BEA, Circuit Judges.

MEMORANDUM**

Appellant's conviction is affirmed. *See United States v. LaBuff*, 03–30273.

The case is remanded to the district court to consider whether "the sentence [it] imposed would have differed materially if [it] were applying the Guidelines as advisory rather than mandatory...." *United States v. Ameline*, 409 F.3d 1073, 1085 (9th Cir.2005) (en banc). If so, the sentence should be vacated and the defendant resentenced. *Id.*

Conviction AFFIRMED and sentence REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

